In the Matter of the Claim of JOHN NEWMAN, Respondent, against AMERICAN LOCOMOTIVE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent. — Appeal by employer, a self-insurer, from the award of the State Industrial Board in favor of claimant for partial disability on account of reduced earnings from May 1, 1937, to October 2, 1937. On February 5, 1937, while engaged in his regular occupation, claimant became disabled as a result of a dermatitis of the hands and forearms contracted in his employment. He was totally disabled from February 5, 1937, to February 22, 1937. The appellant paid compensation for the period of total disability. The employer admitted in its report of injury that claimant suffered a dermatitis of both hands and wrists in consequence of the work in which he was engaged. The medical testimony amply supports the finding of the Board that claimant is partially disabled. Award unanimously affirmed, with costs to the State Industrial Board. Present — Rhodes, Crapser, Bliss and Heffernan, JJ.; Hill, P. J., not sitting.

In the Matter of the Claim of MARY VOELZ, Respondent, against BETHLEHEM STEEL COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent. — Death benefits have been awarded to a widow and minor son. Decedent died on January 10, 1937, from general septicemia, which manifested itself in the formation of abscesses in various parts of the body. This condition, as stated by the employer's physician, could have eventuated from the entrance of germs through a small port of entry on the finger on December 20 or 21, 1936. Decedent's son testified that on the last-mentioned dates he was working near him " on the same turn;" that his father's work consisted of taking sheets of metal with rough edges, which had recently been immersed in sulphuric acid, from a roller. That when engaged in this kind of work his father's hands were frequently " broken open." That on one of these days his father went to the company dispensary and upon returning told the son that he had been to the dispensary to receive treatment for his swollen hand. The hand was bandaged when the son saw it at the factory; that after the father returned to his home the son saw it and it was " black and blue and swollen up." The nurse in charge of the dispensary says that pus was coming from a sore on decedent's hand or finger when he bandaged it. The medical examiner gave as the cause of death " wound of hand sustained at work about 12–20–36–duration of condition 20 days * * * with secondary infection, general septicemia, * * *; acute meningitis, cerebral type undetermined." Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.